**Google Maps**  2211 S Village Ave, Tampa, FL 33612 to Carrollwood Elementary School, 3516 McFarland Rd, Tampa, FL 33618    Drive 1.6 miles, 6 min



Map data ©2023 Google   500 ft

🚗 **via Lake Ellen Dr**  typically 6 min
1.6 miles

🚗 **via W Fletcher Ave and Orange Grove Dr**  typically 6–9 min
2.5 miles

**Explore Carrollwood Elementary School**

Restaurants   Hotels   Gas stations   Parking Lots   More