Case 8:23-cv-01029-KKM-AAS   Document 1-3   Filed 05/10/23   Page 1 of 1 PageID 10

