## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8:23-CV-1029-KKM-AAS

Plaintiff:
**Blake Warner, on behalf of himself and his minor child J.W.**

vs.

Defendant:
**The School Board of Hillsborough County, Florida**

For:
Blake Warner
2211 S Village Ave
Tampa, FL 33612

Received by Platinum Process Services on the 10th day of May, 2023 at 9:56 am to be served on **The School Board Of Hillsborough County Florida, 901 East Kennedy Boulevard, Tampa, FL 33602**.

I, John Stockman, do hereby affirm that on the **10th day of May, 2023** at **10:50 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons, Civil Cover Sheet, Verified Complaint, Notice of Related Action, Exhibits** with the date and hour of service endorsed thereon by me, to: **Glenda Strong** as **Acct Superintendent Office** for **The School Board Of Hillsborough County Florida**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the county in which the process was served. Under Penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

John Stockman
CPS14-712392

**Platinum Process Services**
**4122 Madison St. Suite 94**
**Elfers, FL 34680**
**(727) 741-1527**

Our Job Serial Number: PLA-2023001632

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Blake Warner, on behalf of himself and his minor child J.W. <br><br> *Plaintiff(s)* <br> v. <br> The School Board of Hillsborough County, Florida <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:23-cv-1029-KKM-AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The School Board of Hillsborough County Florida
901 East Kennedy Boulevard
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Blake Warner
2211 S Village Ave
Tampa, FL 33612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 10, 2023

AlejandroCastillo
*Signature of Clerk or Deputy Clerk*