UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                                Case No: 8:23-cv-1029-KKM-AAS

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY, FLORIDA

    Defendant.
_____

## ORDER

With his consent, the Court transfers this case to the Honorable Steven D. Merryday under Local Rule 1.07(a)(2)(A). The Clerk is directed to reassign this case to Judge Merryday for all further proceedings.

**ORDERED** in Tampa, Florida, on May 11, 2023.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge