UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BLAKE WARNER, on behalf of himself and his minor child, J.W.,**

    Plaintiff,

v.                                   Case No.: 8:23-cv-1029-SDM-AAS

**THE SCHOOL BOARD OF HILLSBOROUGH COUNTY, FLORIDA**,

    Defendant.
_____/

## ORDER

Under 28 U.S.C. § 455, a judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned. 28 U.S.C. § 455(a). When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself sua sponte. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989). Because a member of the undersigned's chambers staff has a personal association with J.W., the Clerk is directed to reassign this case to another magistrate judge by random draw.

**ORDERED** in Tampa, Florida on May 12, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:

Blake Warner
2211 S. Village Ave
Tampa, FL 33612