

Blake Warner <blake@null3d.com>

## SERVICE OF COURT DOCUMENTS Case 8:23-cv-01029 Warner v. School Board of Hillsborough County
1 message

**Blake Warner** <blake@null3d.com>  Tue, May 16, 2023 at 1:24 PM
To: jason.margolin@akerman.com, gregg.moran@akerman.com, jim.porter@akerman.com, Jeff Gibson <jg@macfar.com>

Please find the attached filed court documents.

**18 attachments**

- exhibit_a_distance_carrollwood_k8.pdf
  234K
- exhibit_b_distance_adams_middle.pdf
  310K
- exhibit_c_utilization.pdf
  463K
- exhibit_f_school_race_demographics.pdf
  83K
- exhibit_e_carrollwood_proposal.pdf
  1140K
- exhibit_d_choice_application.pdf
  916K
- exhibit_h_choice_window.pdf
  563K
- exhibit_g_state_school_grades.pdf
  752K
- exhibit_n_distant_assigned_students.pdf
  179K
- exhibit_k_assignment.pdf
  381K
- exhibit_m_wfla_addison_davis_property_values.pdf
  259K
- exhibit_o_distance_crow_flies_carrollwood.pdf
  1059K
- motion_efile.pdf
  91K
- exhibit_q_race_map.pdf
  179K
- exhibit_p_distance_crow_flies_adams.pdf
  1059K
- exhibit_j_choice_policy.pdf
  610K
- motion_preliminary_injunction.pdf
  114K

proposed_order.pdf
44K