

**Google Maps** 2211 S Village Ave, Tampa, FL 33612 to Carrollwood Elementary School, 3516 McFarland Rd, Tampa, FL 33618

Drive 1.6 miles, 6 min

- **via Lake Ellen Dr** — typically 6 min, 1.6 miles
- **via W Fletcher Ave and Orange Grove Dr** — typically 6–9 min, 2.5 miles

**Explore Carrollwood Elementary School**

Restaurants   Hotels   Gas stations   Parking Lots   More