Menu



# Application Dates

| Magnet and School Choice Attractor Programs | Application Period START Date | Application Period END Date | Families Will Be Notified |
| --- | --- | --- | --- |
| Elementary, Middle, High, & HVK12 | March 8, 2023 | April 30, 2023 | Mid-May 2023 |

# Explore Your Options Dates

- Magnet Event Schedule
- Virtual Magnet and School Attractor Program Event Registration

# Follow Hillsborough Schools

   

Hillsborough County Public Schools

Menu

Tampa, FL 33602
(813) 272-4000

## CONTACT US

## LEARN MORE

Enrollment

School Locator

Hillsborough Choice Options

Careers

Reproductive Health and Disease Education

## EMPLOYEES

Employee Login

Employee Benefits / Insurance

Employee Deals



## SITE MAP

## NOTICES

Questions or Feedback? • Terms of Use • Blackboard Web Community Manager Privacy Policy (Updated)

Copyright © 2002-2023 Blackboard, Inc. All rights reserved.