## Hillsborough County Public Schools
## Policy Manual

Printed on 05/14/2023

## 5120 - Assignment Within District

The School Board directs that the assignment of students to schools within this District be consistent with the best interests of students and the best use of the resources of this District.

The Board shall establish attendance boundaries for each school. All students, unless otherwise provided by Board policy or authorized by the Superintendent, shall attend the school serving the student's attendance zone.

The Superintendent shall monitor student enrollment and established attendance boundaries and recommend to the Board such changes as may be justified by:

 A. considerations of safe student transportation and travel;

 B. access to schools;

 C. financial efficiency;

 D. the effectiveness of the instructional program;

 E. balance of student populations as mandated in the Florida Constitution and State law.

12th graders may remain at their school after moving (but who remain in the district).

- Students who move out of an attendance area but have begun 12th grade in the District will be allowed to stay through graduation.
- If a transfer is approved the parent or guardian assumes full responsibility for adequate transportation and supervision to and  from school, and for student behavior.

The Superintendent is authorized to administratively adjust school attendance boundaries and supply a report of changes to the School Board when an existing attendance boundary line is clearly misaligned with a natural or manmade feature such as road, river, lake, or parcel line.

No assignment to schools or attendance schedules shall discriminate against students on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, handicapping condition, sexual orientation, or social and family background.

Students of active duty military families stationed at MacDill Air Force Base are exempted from attendance boundary changes, and therefore may remain at their currently assigned school without transportation.

The Superintendent may assign a student to a school other than that designated by the attendance boundary when such exception is justified by circumstances and/or is in the best interest of the student.

This policy does not govern student participation in extra-curricular activities.

**Request for Magnet or School Choice Assignment**

A student may be permitted to attend a school other than the school serving the parents' residential area by completing a District Choice Options application. Submission of an application does not guarantee placement in a magnet or school choice program.

**Transportation for a Magnet or School Choice Program**

A. For Magnet Programs, transportation is provided to students within an identified area. This may involve hubs within a designated area.

B. Transportation is provided to some School Choice options.

C. Transportation is not provided if the student lives within a two mile walking boundary of the program.

**Leaving a Magnet Program**

Students who withdraw or are withdrawn from a high school magnet program must return to their area attendance high school.

**Nonresident Students**

Students who are not residents of the District may attend the District upon compliance with Florida laws governing admission of students to the schools of the State. Such students may be assigned to schools by the Superintendent.

The Superintendent shall develop and update as needed administrative procedures to implement this policy.

F.S. 1000.05, 1001.41, 1001.42, 1002.20, 1002.31

Revised January 10, 2023