Find your schools ❶

**Please enter your house number and street name to find the assigned schools for your area:**

2211 S Village Ave, 33612

Check Address

Attendance Area Schools for **2211 S Village Ave, 33612**
5/15/2023 7:00:28 AM

Attendance Area Schools

**Elementary School 2022/2023**: Lake Magdalene (https://www.hillsboroughschools.org/lakemagdalene)
**Address:**           2002 Pine Lake Dr
**Phone:**              (813) 975-7625
View School Boundary
View School WebSite (https://www.hillsboroughschools.org/lakemagdalene)

**Middle School 2022/2023**: Adams (https://www.hillsboroughschools.org/Adams)
**Address:**           10201 N Boulevard
**Phone:**              (813) 975-7665
View School Boundary
View School WebSite (https://www.hillsboroughschools.org/Adams)

**High School 2022/2023**: Chamberlain (https://www.hillsboroughschools.org/Chamberlain)
**Address:**           9401 N Boulevard



🏠 Home    ⌫ Clear    📍 Locate

