# How far is it? - Distance Calculator

This tool enables you to calculate the straight line **distance between** two locations or two cities, "as the crow flies". As you can share your location, it will let you know easily how far you are in a straight line from any point of interest. Here are the steps to use it:

1. Enter the address or the city of the first location.
2. Enter the address or the city of the second location.
3. Click on the "Calculate the distance" button.

**How far is it?** The result of the geodesic distance calculation is immediately displayed, along with a map showing the two points linked by a straight line.

## Geodesic distance calculator

Our formula integrates the curve of the earth to calculate as best as possible the distance as the crow flies. It is extremely accurate, especially for shorter distances.

Click on the ✣ button to use your geolocation instead of manually entering an address.

**First location**

2211 S Village Ave, Tampa Florida

**Second location**

Carrollwood Elementary School, 3516 McFarland Rd, Tampa, FL  33618, United States

Calculate the distance

### Distance: 2 km / 1.24 mi

\* World Geodetic System 84 (WGS 84)

# Distance: 2 km / 1.24 mi

2211 S Village Ave, Tampa Florida



Copyright © 2023 www.gps-coordinates.net | Radius (/radius) | Custom Map (/custom-map) | Geolocation (/geolocation) | Contact (/contact) | Privacy (/privacy) | Terms (/terms)