# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner, on behalf of himself and his minor child J.W.

v.

The School Board of Hillsborough County, Florida

Case Number 8:23-CV-1029

## Notice of Motion to Consolidate

*Plaintiff* gives notice of the filing, pursuant Local Rule 1.07(b), of a Motion to Consolidate in case number 8:23-cv-181.

5-17-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

1