# United States District Court
### For The Middle District of Florida
### Tampa Division

Blake Warner, on behalf of himself and his minor child J.W.

v.

The School Board of Hillsborough County, Florida

Case Number 8:23-CV-1029

## Plaintiff's Supplemental Response To Order to Show Cause

*Plaintiff* has abandoned his 20 U.S.C. 1701 et seq ("EEOA") claims in the earlier filed action. *see* attached notice, filed on 5-18-2023.

There are now no overlapping causes of action between *Warner 1* and *Warner 2*, the two cases are geographically distant (*south tampa* vs *north tampa*), temporally distant (*Warner 1* focuses on school board actions up to the date he purchased his home–October 2022–and relocated, *Warner 2* focuses on the prospective placement of J.W.). *Warner 1* now focuses on harm to Mr. Warner, while *Warner 2* focuses on harm to J.W.

1

5-18-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM