# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner, on behalf of himself and his minor child J.W.

v.

The School Board of Hillsborough County Florida

Case Number 8:23-CV-181-SDM-JSS

## Notice of Abandonment of Counts I and II

*Plaintiff* gives notice of his abandonment of 20 U.S. Code § 1701 et seq claims in Counts I and II of *Verified Complaint* (Doc. 1).

5-18-2023

Date

[signature]

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

1