# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Blake Warner
    v.
The School Board of Hillsborough County, Florida

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

    The School Board of Hillsborough County
    Akerman LLP
    Judge Merryday

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    N/A

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    N/A

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    J.W.

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

5.)   Check one of the following:

\_\_\_\_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.
-or-

\_\_X\_ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

**Judge Merryday owns real estate which is currently assigned to Carrollwood K-8, whose assignment boundary map is challenged in this lawsuit. This real estate's property value would likely be negatively impacted if Plaintiff is successful in this case. Additionally, if Plaintiff is successful, Judge Merryday would have direct oversight over redrawing the map that would directly affect his house.**

5-19-2023

_____
Blake Warner, *pro se*
2211 S Village Ave, Tampa FL 33612

Certificate of Service

| |
|---|
| I certify that I have served a copy of this document to the Defendant via email |
| |
| |