**Google Maps**  2211 S Village Ave, Tampa, FL 33612 to Carrollwood Elementary School, 3516 McFarland Rd, Tampa, FL 33618    Drive 1.6 miles, 6 min



Map data ©2023 Google   500 ft

via Lake Ellen Dr — typically 6 min — 1.6 miles

via W Fletcher Ave and Orange Grove Dr — typically 6–9 min — 2.5 miles

**Explore Carrollwood Elementary School**

Restaurants   Hotels   Gas stations   Parking Lots   More