

Blake Warner <blake@null3d.com>

## Carrollwood K-8 Choice
6 messages

**Blake Warner** <blake@null3d.com>  Tue, Apr 18, 2023 at 8:38 PM
To: Mathew Romano <mathew.romano@hcps.net>, jason.margolin@akerman.com, gregg.moran@akerman.com

Mr. Romano:

███████████████████████████████████████████Tonight, the school board voted unanimously to change Carrollwood Elementary to a K-8 format (though I believe they need to do one more final vote, though it seems its passing is inevitable). Given this new option, I am requesting that J.W. be reassigned to the new Carrollwood K-8 for 6th grade 2023-2024 school year.

I am requesting that you respond with some alacrity on whether this can be accomplished, because the decision of whether or not J.W. gets choiced into Carrollwood K-8 significantly impacts existing litigation between J.W. and the school board. I intend to move for a preliminary injunction on Friday if this matter is not resolved.

Mssrs Margolin and Moran are attorneys that are representing the school board in that lawsuit: https://www.courtlistener.com/docket/66761620/warner-v-school-board-of-hillsborough-county-florida/

best regards,
-Blake

**Blake Warner** <blake@null3d.com>  Wed, May 3, 2023 at 11:31 AM
To: Mathew Romano <mathew.romano@hcps.net>, jason.margolin@akerman.com, gregg.moran@akerman.com

Mr. Romano:

I am following up on this request, as I have yet to receive a response.

best regards,
-Blake

[Quoted text hidden]

**Mathew Romano** <mathew.romano@hcps.net>  Wed, May 3, 2023 at 12:02 PM
To: Blake Warner <blake@null3d.com>, "jason.margolin@akerman.com" <jason.margolin@akerman.com>, "gregg.moran@akerman.com" <gregg.moran@akerman.com>

████████████████████████████████████████████Any discussions regarding placement should ██████████be done with Mr. Margolin.

Mathew Romano
Director, Student Planning & Placement
Division of Innovation
Hillsborough County Public Schools
1202 E Palm Ave
Tampa, FL 33605
813-272-4575

**From:** Blake Warner <blake@null3d.com>
**Sent:** Wednesday, May 3, 2023 11:31 AM

**To:** Mathew Romano <mathew.romano@hcps.net>; jason.margolin@akerman.com <jason.margolin@akerman.com>; gregg.moran@akerman.com <gregg.moran@akerman.com>
**Subject:** Re: Carrollwood K-8 Choice

[Quoted text hidden]

---

**Blake Warner** <blake@null3d.com>  Wed, May 3, 2023 at 12:15 PM
To: Mathew Romano <mathew.romano@hcps.net>
Cc: "jason.margolin@akerman.com" <jason.margolin@akerman.com>, "gregg.moran@akerman.com" <gregg.moran@akerman.com>

Mr. Romano:

My request for choice placement at Carrollwood K-8 has nothing to do with any lawsuits. This request for placement at Carrollwood K-8 is made through controlled open enrollment pursuant Fla. Stat. § 1002.31(2)(a).

Please advise if you are refusing to process my choice application.

> (2)(a)   As part of a school district's or charter school's controlled open enrollment process, and in addition to the existing public school choice programs provided in s. 1002.20(6)(a), each district school board or charter school shall allow a parent from any school district in the state whose child is not subject to a current expulsion or suspension to enroll his or her child in and transport his or her child to any public school, including charter schools, that has not reached capacity in the district, subject to the maximum class size pursuant to s. 1003.03 and s. 1, Art. IX of the State Constitution. The school district or charter school shall accept the student, pursuant to that school district's or charter school's controlled open enrollment process, and report the student for purposes of the school district's or charter school's funding pursuant to the Florida Education Finance Program. A school district or charter school may provide transportation to students described under this section.

best regards,
-Blake
[Quoted text hidden]

---

**jason.margolin@akerman.com** <jason.margolin@akerman.com>  Wed, May 3, 2023 at 12:24 PM
To: blake@null3d.com, mathew.romano@hcps.net
Cc: gregg.moran@akerman.com

Mr. Warner,

It is my understanding too that this is part of the litigation you have filed and/or related to potential filings you have referenced in our pending litigation. ███████████████████████████████████████
███

Thanks,

**Jason L. Margolin**

Partner

Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602

D: 813 209 5009 | F: 813 218 5488

Admitted to Practice in Florida and District of Columbia

jason.margolin@akerman.com

vCard | Profile | Connect With Me



700+ Lawyers
24 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Blake Warner <blake@null3d.com>
**Sent:** Wednesday, May 3, 2023 12:15 PM
**To:** Mathew Romano <mathew.romano@hcps.net>
**Cc:** Margolin, Jason (Ptnr-Tpa) <jason.margolin@akerman.com>; Moran, Gregg (Assoc-Tpa) <gregg.moran@akerman.com>
**Subject:** Re: Carrollwood K-8 Choice

**[External to Akerman]**
[Quoted text hidden]

---

**Blake Warner** <blake@null3d.com>  Wed, May 3, 2023 at 12:31 PM
To: jason.margolin@akerman.com
Cc: mathew.romano@hcps.net, gregg.moran@akerman.com

Mr. Margolin:

The school board is 100% going to be sued for Carrollwood K-8 as soon as that vote passes next tuesday. That litigation--as of now--is unrelated to choice. However if the School Board refuses to process this choice application, in addition to the EEOA claims, I will raise additional claims for violations of FS 1002.31 and first amendment retaliation.

The purpose of this Choice application is to get J.W. into a school that he is entitled to attend under state and federal law, without unnecessary litigation.

Put succinctly, granting this choice application will not prevent a lawsuit, but it will prevent the filing of a preliminary injunction.

best regards,
-Blake
[Quoted text hidden]