Menu



# Choice Schools
## How to Apply?

Apply directly online during open application windows. You will receive a confirmation email that your application was received in the system. You will be notified via email and phone of the results. Accept assignment by responding online or calling the Student Placement Information Line at (813) 272-4692.

## Choice Schools

Choice Schools provide families with options to choose nonmagnet schools, **Career & Technical Education** programs, and the **Hillsborough Virtual K-12** program. Parents and legal guardians may choose from a list of schools with space available during **open application windows**. Transportation is not provided.

## Choice Hardship

Choice Hardship allows parents and legal guardians, with a documented hardship, an opportunity to submit a request for a school that is capped for School Choice. Note: Requests are not automatic. Choice Hardship is limited and only available under extreme (documented) hardships. Transportation is not provided.

Parents are advised that School Choice may be revoked at any time if students do not meet behavior and attendance standards established by schools. **Procedures and Reasons for Revocation of School Choice and Choice Hardship**

 Menu

Follow Hillsborough Schools

         

## Hillsborough County Public Schools

901 East Kennedy Boulevard

Tampa, FL 33602

(813) 272-4000

### CONTACT US

### LEARN MORE

Enrollment

School Locator

Hillsborough Choice Options

Careers

Reproductive Health and Disease Education

### EMPLOYEES

Employee Login

Employee Benefits / Insurance

Employee Deals

 Menu



## SITE MAP

## NOTICES

**Questions or Feedback?** • **Terms of Use** • **Blackboard Web Community Manager Privacy Policy (Updated)**

*Copyright © 2002-2023 Blackboard, Inc. All rights reserved.*