# United States District Court
### For The Middle District of Florida
### Tampa Division

Blake Warner

v.

The School Board of
Hillsborough County Florida

Case Number 8:23-CV-1029

## Opposed Motion for Leave to File Amended Motion for Preliminary Injunction

*Plaintiff* moves, pursuant to Local Rule Rule 6.02(d), for leave to file an [opposed] amended motion for a preliminary injunction.

Good cause exists because the original motion for a preliminary injunction references a now superseded complaint (D.E. 1), and contains legal argument for a count that no longer exists. Additionally, the amended complaint (D.E. 19) contains two new causes of action that did not exist at the time the original motion for preliminary injunction was filed.

## Conclusion

*Plaintiff* respectfully requests that this court grant him leave to file an amended motion for preliminary injunction within ten (10) days of the order.

## Local Rule 3.01(g) Certification

I certify that I have conferred with the opposing party, and they have indicated that they oppose the motion for leave to amend the motion for preliminary injunction.

## Certificate of Service

I certify that a copy hereof has been furnished to all Defendants via CM/ECF.

6-6-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM