# United States District Court
### For The Middle District of Florida
### Tampa Division

| | |
|---|---|
| Blake Warner, on behalf of himself and his minor child J.W.<br><br>v.<br><br>The School Board of Hillsborough County, Florida | Case Number 8:23-CV-1029 |

## Notice of Lack of Local Rule 3.01(g) compliance RE: Defendant's Motion to Dismiss Plaintiff' Amended Verified Complaint

Defendant's Motion to Dismiss Plaintiff' Amended Verified Complaint, Doc 21, lacks a certification that the movement conferred with the opposing party. Ostensibly because the *Defendant* did not in fact confer with the *Plaintiff* prior to filing the motion.

6-14-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

1