UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER, on behalf of himself
and his minor child, J.W.,

    Plaintiffs,

v.                                 Case No. 8:23-cv-01029

THE SCHOOL BOARD OF
HILLSBOROUGH COUNTY
FLORIDA,

    Defendant.

_____/

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE AMENDED
MOTION FOR PRELIMINARY INJUNCTION**

Defendant The School Board of Hillsborough County, Florida (the "School Board") submits this opposition to Plaintiff Blake Warner's motion for leave to file an amended motion for a preliminary injunction (Doc. 20) (the "Motion for Leave").

Plaintiff's Motion for Leave should be denied because it lacks good cause for relief, especially where Plaintiff's amended complaint fails to state a cause of action, as separately set forth in the School Board's pending motion to dismiss. The procedural history for this matter and the related, first case, also provide a basis for dismissal, and thus, denial of the Motion for Leave.

1

**Relevant Procedural History For The Two Related Cases**

1. Plaintiff sued the School Board in a separate pending action, *Warner v. The School Board of Hillsborough County, Florida*, 8:23-cv-181-SDM-JSS (M.D. Fla.) ("Case 181") on January 26, 2013.

2. In Case 181, Plaintiff alleged violations of 20 U.S.C § 1706 ("Equal Educational Opportunities Act"), 42 U.S.C § 3601 ("Fair Housing Act'), and 42 U.S.C § 1983, all for "intentionally operating a segregated school system." *See* Case 181, Doc. 1, p.1.

3. In Case 181, Plaintiff also filed a motion for preliminary injunction (Case 181, Doc. 2), and sought to amend the motion (Case 181, Doc. 18), but after the opposition was briefed, moved to withdraw it (Case 181, Doc. 20), which this Court granted. (Case 181, Doc. 22) (striking motion for preliminary injunction and denying motion to amend as moot).

4. Meanwhile, Plaintiff separately filed this case ("Case 1029"), alleging violations of the Equal Educational Opportunities Act and Florida Statute § 1002.31, also alleging unlawful segregation, on May 10, 2023. (Doc. 1)

5. Plaintiff also sought an injunction in this case. (Doc. 11).

6. On May 16, 2023, this Court, sue sponte, entered an order requiring Plaintiff to show cause "why an order should not dismiss this action for improperly splitting his claim between two actions." (Doc. 12, p. 2). The

Court stayed the School Board's deadline to respond to the injunction motion. (*Id.*).

7. Plaintiff immediately responded to the Court's order to show cause. (Doc. 13, filed May 16, 2023).

8. Plaintiff then filed a notice of abandonment of Counts I and II in Case 181 and filed an amended complaint in Case 181, both on May 18, 2023. As a result, Plaintiff dropped his claims under the Equal Educational Opportunities Act and 42 U.S.C § 1983, leaving only two counts for alleged violations of the Fair Housing Act in Case 181.

9. The School Board moved to dismiss Plaintiff's Complaint in this case on May 30, 2023. (Doc. 18).

10. Within a day, Plaintiff filed an Amended Verified Complaint. (Doc. 19).

11. Plaintiff now asks for leave to amend his prior injunction motion. (Doc. 20).

12. The School Board moved to dismiss Plaintiff's Amended Verified Complaint. (Doc. 21; *as amended* Doc. 23).

## Plaintiff's Motion for Leave Should Be Denied

Plaintiff's motion, though threadbare, contains two arguments for why Plaintiff believes good cause exists to lift the stay regarding the injunction (Doc. 12). Specifically:

1. Plaintiff notes the preliminary injunction motion addresses a claim he has since abandoned, and

2. Plaintiff notes he has since modified the abandoned claim into two different claims.

No good cause exists to permit an amended motion for a preliminary injunction. First, the underlying concerns that led to the stay remain in place—the Court's noted concerns with the claim splitting between this case and Case 181. Doc. 12. At its core, this Case 1029 is still a claim by Plaintiff that the school boundaries are discriminatory, which is what he alleges in Case 181. *Compare* Doc. 19 ¶¶ 13, 23 (noting that Plaintiff claims the School Board has discriminatory school boundaries, resulting in purported harm under the Equal Educational Opportunities Act),[1] *with* Case 181, Doc. 29, the Am. Compl., ¶¶ 55–66, 82 (noting that Plaintiff claims the School Board has discriminatory school boundaries, resulting in purported harm under the Fair Housing Act).[2]

Second, the School Board has already submitted motions to dismiss this second lawsuit, both as to the original and now the amended pleading. While Plaintiff already filed an amended complaint in response to the first motion to dismiss, it is unclear what (if any) claims will remain that would even warrant

---

[1] Paragraph 13 of this second lawsuit's amended complaint also alleges Plaintiff "suffers harm from a lower property value of his home," which is what he claims in Case 181.

[2] Paragraph 58 of the amended complaint in the Case 181 also notes the Equal Educational Opportunities Act.

4

70883826;2

a motion for a preliminary injunction, particularly given Plaintiff's 2022 settlement with the School Board. Accordingly, no good cause exists to lift the stay and permit a new motion for preliminary injunction. Instead, the Court should first resolve the pending motion to dismiss, which the School Board expects will "secure the just, speedy, and inexpensive determination" of this action. *See* Fed. R. Civ. P. 1.

Respectfully submitted,

/s/ *Jason L. Margolin*
**Jason L. Margolin, Esq.**
Florida Bar No. 69881
jason.margolin@akerman.com
judy.mcarthur@akerman.com
**Gregg M. Moran, Esq.**
Florida Bar No. 1011060
gregg.moran@akerman.com
ava.hill@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
(813) 223-7333 / Fax: (813) 223-2837
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2023, I filed the foregoing using the Court's CM/ECF and served an additional copy on Blake Warner at blake@null3d.com.

/s/ *Jason L. Margolin*
Counsel for Defendant

5

70883826;2