
Blake Warner <blake@null3d.com>

## Confer Rule 11 motion - 8:23-cv-1029
3 messages

**Blake Warner** <blake@null3d.com>                                  Tue, Jun 13, 2023 at 4:56 PM
To: gregg.moran@akerman.com, jason.margolin@akerman.com

Mr Margolin:

Please give a date/time you are available to confer on a Rule 11 motion for filing for presenting facts which lack evidentiary support and making claims that are unsupported by existing law. This style of litigation is unbecoming.

regards,
-Blake

**jason.margolin@akerman.com** <jason.margolin@akerman.com>          Wed, Jun 14, 2023 at 1:18 PM
To: blake@null3d.com
Cc: gregg.moran@akerman.com

Mr. Warner:


I'm unclear as to why you are referencing Rule 11. If there are facts you claim lack an evidentiary foundation, please identify them so we can review.


I'm available to confer by phone Friday between 2:30 and 3:30, or Monday at 9:30 or 2:30.


Thanks,

**Jason L. Margolin**

Partner

Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602

D: 813 209 5009 | F: 813 218 5488

Admitted to Practice in Florida and District of Columbia

jason.margolin@akerman.com



vCard | Profile | Connect With Me



700+ Lawyers
24 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Blake Warner <blake@null3d.com>
**Sent:** Tuesday, June 13, 2023 4:56 PM
**To:** Moran, Gregg (Assoc-Tpa) <gregg.moran@akerman.com>; Margolin, Jason (Ptnr-Tpa) <jason.margolin@akerman.com>
**Subject:** Confer Rule 11 motion - 8:23-cv-1029


**[External to Akerman]**
[Quoted text hidden]

---

**Blake Warner** <blake@null3d.com>                                     Wed, Jun 14, 2023 at 1:20 PM
To: jason.margolin@akerman.com
Cc: gregg.moran@akerman.com

Any of those times works for me, let me know which one you choose.

I am putting together a document that will highlight each claim or fact I take issue with. I will send you this document before the call.

[Quoted text hidden]