# United States District Court
## For The Middle District of Florida
### Tampa Division

| | |
|---|---|
| Blake Warner, on behalf of himself and his minor child J.W.<br><br>v.<br><br>The School Board of Hillsborough County, Florida | Case Number 8:23-CV-1029 |

## Unopposed Motion to Request Show Cause Ruling

    Plaintiff respectfully asks the Court to rule on it's Order to Show Cause (Doc. 13) ("OSC"). The relief sought in the injunction (admittance of J.W. into Carrollwood K-8 for the 2023-2024 school year) will imminently become moot if the court does not act with some alacrity as the 2023-2024 school years starts in 38 days on August 10, 2023. *see* attached. The harm that the injunction seeks to prevent cannot later be adequately remedied with damages.

    Plaintiff did not contribute to the delay, he filed for the injunction seven (7) days after the school board passed the boundary change at issue and the court immediately stayed the injunction.

    Additionally, the presence of the OSC frustrates Plaintiff's attempts to obtain counsel. Mr. Warner was in discussions with several attorneys to obtain representation in

this matter. He ceased all attempts to secure representation once it became apparent that obtaining representation with the pending OSC was not likely.

## Local Rule 3.01(g) Certification

I certify that I have conferred with the opposing party, and they have indicated that they are unopposed to the relief sought in this motion, however they request the following statement in this certiciation:

"The School Board will not oppose this motion, but does not join in the request and maintains that the Court is in the best position to manage its docket as it sees fit."

## Certificate of Service

I certify that a copy hereof has been furnished to all Defendants.

7-3-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM