

# 2023-2024 Student Academic Calendar
# Board Approved 9/20/22

| Students' First Day of School | Thursday, August 10, 2023 |
|---|---|
| Labor Day/Non-Student Day | Monday, September 4, 2023 |
| End of 1st Grading Period | Thursday, October 12, 2023 |
| Non-Student Day | Monday, October 16, 2023 |
| Veterans Day Observed/Non-Student Day | Friday, November 10, 2023 |
| Fall Break/Non-Student Days | Monday, November 20 - Friday, November 24, 2023 |
| Students Return to School | Monday, November 27, 2023 |
| End of 2nd Grading Period (End of 1st Semester) | Friday, December 22, 2023 |
| Winter Break/Non-Student Days | Monday, December 25, 2023 - Friday, January 5, 2024 |
| Students Return to School | Monday, January 8, 2024 |
| Martin Luther King, Jr./Non-Student Day | Monday, January 15, 2024 |
| Non-Student Day | Friday, February 16, 2024 |
| Non-Student Day | Monday, March 4, 2024 |
| Spring Break/Non-Student Days | Monday, March 11 - Friday, March 15, 2024 |
| Students Return to School | Monday, March 18, 2024 |
| End of 3rd Grading Period | Wednesday, March 20, 2024 |
| Non-Student Day | Friday, March 29, 2024 |
| Last Day of School/End of 4th Grading Period (End of 2nd Semester) | Friday, May 24, 2024 |

 Hurricane Day(s) if needed: October 16, November 10, November 20-22, and November 24

Student Early Release Day schedule has not been finalized.
The last day of school is a 2.5-hour early release.